# Ogletree Deakins

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys At Law*

599 Lexington Avenue, 17th Floor
New York, NY 10022
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletreedeakins.com

Evan B. Citron
212.492.2068
evan.citron@ogletree.com

September 2, 2020

**VIA ECF**

The Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re:  *West v. Flaviar, Inc.,*
      20-cv-03598 (LTS)(JLC)

Dear Judge Swain:

We represent defendant Flaviar, Inc. ("Defendant") in the above-referenced action. On behalf of all parties, and in accordance with Rule A.1. of Your Honor's Individual Rules, we respectfully write to notify Your Honor that the parties have finalized the settlement of this action. In accordance with Your Honor's Order dated July 22, 2020 (the "July 22 Order"), the parties respectfully (i) request that Your Honor reopen this action for the sole purpose of entering the parties' Stipulation of Dismissal, which is enclosed herein; and (ii) submit their executed Settlement Agreement for the Court's review.

Thank you for Your Honor's consideration of this request.

This action is reopened solely for purposes of entry of the Stipulation of Dismissal in the form submitted as DE# 16-1.
SO ORDERED.
9/8/2020
/s/ Laura Taylor Swain, USDJ

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

By:  *s/ Evan B. Citron*
      Evan B. Citron

cc:  All counsel of record (by ECF)
Encls.

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington